AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>VICTOR GONZALEZ-SALGADO<br><br>Defendant(s) | Case No.  6:25-mj- 1561 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 30, 2025__ in the county of __Orange County__ in the
__Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, resisting, opposing, impeding, and intimidating a Federal Officer |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Stephen Taylor, S.A., F.B.I.
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/2/25

_____
Judge's signature

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
_____
Printed name and title

City and state:  Orlando, Florida

STATE OF FLORIDA                           Case No: 6:25-mj- 1561

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Stephen Taylor, being first duly sworn, hereby state the following:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been since March 10, 2024. I am currently assigned to a squad that investigates criminal enterprises and violent gangs out of the Tampa Field Office, Orlando Resident Agency, and have been so assigned since July 24, 2024. Among my responsibilities as an FBI SA, I have investigated a variety of criminal organizations involving narcotics trafficking, money laundering, and weapons trafficking. I am also familiar with cases involving threats against government officials and interstate threatening communications towards United States citizens.

2.      Through my employment as an FBI SA, I have gained knowledge in the use of various investigative techniques, to include but not limited to, visual and electronic surveillance, the use of historical cell site data, and the use of pen register trap and trace devices. I have participated in an investigation dealing with illegal drug trafficking, to specifically include Organized Crime Drug Enforcement Task Force ("OCDETF") drug conspiracy and distribution investigations. I have also directed confidential informants to successfully infiltrate narcotics dealers for intelligence

gathering, participated in consensual recordings, and monitored purchases of controlled substances.

## STATUTORY AUTHORITY

3.  I submit this affidavit in support of a criminal complaint charging that on May 30, 2025, in the Middle of District of Florida, the defendant, VICTOR GONZALEZ SALGADO, did forcibly assault, resist, oppose, impede, intimidate, or interfere with a United States Border Patrol Agent, who was and is an officer or employee of the United States or of any agency in any branch of the United States Government, while the Border Patrol Agent was engaged in their official duty or on account of the performance of their official duty and his acts resulted in physical contact with the Border Patrol Agent, in violation of 18 U.S.C. § 111(a)(1).

4.  The facts in this affidavit are based on my training, experience, witness interviews, and information relayed to me by federal government officers and local law enforcement personnel. Thus, the information provided herein is based upon this combined knowledge, as well as my experience and background. I believe that the information and facts set forth in this affidavit establish probable cause to support the issuance of a criminal complaint charging VICTOR GONZALEZ SALGADO (SALGADO) for the crime of assaulting, resisting, opposing, impeding, and intimidating a Federal Officer, resulting in physical contact with the victim of the assault, in violation of 18 U.S.C. § 111(a)(1).

## PROBABLE CAUSE

5. On May 30, 2025, I interviewed the Border Patrol Agent involved in this incident, who stated the following: on the morning of May 30, 2025, he was in uniform and was performing his regular patrol duties in Apopka, Florida. At approximately 9:15 am, during his routine patrol, the Agent noticed a silver Ford F-150 with Florida license plate xxx7EU. The Border Patrol Agent started traveling south on Orange Blossom Trail following the vehicle and requested that the Miami Sector Communications Branch dispatch provide the registered owner vehicle information.

6. The Border Patrol Agent followed the subject into a gas station by Roger Williams Road. The driver of the vehicle entered the convenience store of the gas station, exited the store after a few minutes, and entered the driver's side door of his vehicle. The subject then left the gas station, and the Border Patrol Agent followed the subject.

7. The dispatch record checks revealed that the vehicle was registered to VICTOR GONZALEZ-SALGADO, a natural born citizen of Mexico with no legal documents to allow him to live in or remain in the United States legally. At approximately 9:15 a.m., the Border Patrol Agent initiated a traffic stop at the Roger Williams Road intersection. The driver did not stop the vehicle and continued to travel to an address located at Green Ridge Drive, which was later discovered to be SALGADO's relative's home address. The Border Patrol Agent followed SALGADO's vehicle to this address.

3

8. SALGADO then exited through the driver side door, and the Agent parked his vehicle and approached SALGADO's vehicle and identified himself as a U.S. Border Patrol Agent. The Border Patrol Agent questioned SALGADO about his citizenship, his status as a Mexican national, and whether he possessed legal documents to remain in the United States. SALGADO admitted that he was a national of Mexico with no immigration documents to be in the United States legally. Thereafter, the Border Patrol Agent asked SALGADO to put his hands behind his back and explained to him that SALGADO was under arrest for being an alien illegally present in the United States pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act. While SALGADO was being handcuffed, he resisted the arrest, escaped from the Agent, and fled the scene on foot toward Greenridge Road. The Border Patrol Agent pursued SALGADO, tackled SALGADO to the ground, and subdued him. The Border Patrol Agent then detained SALGADO and brought him back to his Border Patrol vehicle. SALGADO continued to resist, and the Border Patrol Agent was unable to restrain SALGADO.

9. During this time, the Border Patrol Agent was simultaneously struck with open hands and pushed in the shoulders and head by SALGADO's female relative who lived at the home on Green Ridge Drive. This lasted for about 30 to 40 seconds and allowed SALGADO to rollover and get on top of the Border Patrol Agent. SALGADO then struck the Border Patrol Agent with his right fist in the Agent's body armor and reached for the Agent's pistol magazines and began pulling them out of the Agent's magazine pouch.

10. SALGADO then reached for the Border Patrol Agent's pistol with his left hand, and the Agent grabbed SALGADO's wrist to prevent him from grabbing his firearm. After this, the Agent was able to stand up and create space, which is when SALGADO fled the scene on foot into his relative's house. It was later discovered that SALGADO exited out of the rear entrance of the residence.

11. SALGADO's acts resulted in physical contact with the Border Patrol Agent. As a result of the encounter between the Border Patrol Agent and SALGADO, the agent suffered bruising to his forearm.

12. After SALGADO escaped, the Border Patrol Agent called for back-up and assistance in locating SALGADO. Officers from the Orange County Sheriff's Office, Florida Highway Patrol, and U.S. Border Patrol Units arrived shortly thereafter. An extensive search began with K-9 tracking teams and air support to find SALGADO.

13. Multiple members of SALGADO's family started to arrive at the residential address where SALGADO assaulted the Border Patrol Agent. SALGADO's relative reported that SALGADO was hiding inside his house at Rolling Green Drive. At 11:36 a.m. SALGADO was found, arrested, and taken into custody.

14. A neighbor was a witness of the events that occurred at Green Ridge Drive. The witness recalled that the Agent pulled up behind SALGADO and exited his vehicle. The witness believes they only saw one Border Patrol Agent at the time but said there could have been two. The witness saw SALGADO talking to the Agent for a brief period and then saw SALGADO being detained. After this, the witness saw

5

SALGADO resist arrest and flee from the scene. The witness then saw SALGADO being tackled by the Border Patrol Agent. SALGADO was then detained and walked back to the Agent's vehicle.

15. The witness then saw SALGADO resist arrest for the second time, and during this time the witness saw SALGADO's relative walk out of her residence. At this point, the witness saw the relative strike and shove the Border Patrol Agent in the upper torso multiple times to help SALGADO escape. When this happened, the witness did not physically get involved but shouted to the Agent and asked if he needed help. The witness saw SALGADO wrestling with the Border Patrol Agent, and to the witness, it looked as if SALGADO was trying to put the Agent in a headlock. The witness then saw SALGADO grab for the Agent's firearm, and while this was happening the witness called 911 because he feared for the officer's life. The witness then saw the Border Patrol Agent create space between himself and SALGADO. The witness then saw SALGADO flee the scene, on foot, into his relative's house.

16. SALGADO's criminal history was searched in the database at the Immigration and Customs Enforcement headquarters after the arrest. On May 5, 1997, SALGADO was charged with battery. On June 1, 1998, SALGADO was charged with disorderly conduct. On March 11, 2000, SALGADO was charged with burglary, assault or battery, burglary of conveyance, petit theft, and criminal mischief; SALGADO was sentenced to 2 months and 10 days' incarceration and 3 years' probation for these offenses. On June 7, 2000, SALGADO was charged with burglary with assault or battery, and he failed to appear in court for this charge. In 2001,

SALGADO was arrested and charged with driving under the influence (DUI). SALGADO also violated his probation in 2001. Furthermore, SALGADO has another DUI arrest in 2005. SALGADO has also been charged multiple times for possession of cocaine and controlled substance purchases. In 2023, SALGADO, failed to appear for a court hearing after being arrested by Lake County Sheriff's Office on August 29, 2023.

17. Based on the foregoing facts and evidence, I believe that probable cause exists that SALGADO committed the offense described in 18 U.S.C. § 111(a)(1), of assaulting, resisting, opposing, impeding, and intimidating a Federal Officer, in violation 18 U.S.C. § 111(a)(1).

Respectfully submitted,

_____
Special Agent Stephen Taylor
Federal Bureau of Investigation

Affidavit submitted by email and attested
to me as true and accurate by telephone or
videoconference consistent with
Fed.R.Crim. P. 41(d)(3) this
__2nd__ day of June, 2025.

_____
LESLIE HOFFMAN PRICE
United States Magistrate Judge

7